IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| PATRICIA PAWELEK, | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 7:17-cv-431 |
| | § | |
| THE UNIVERSITY OF TEXAS | § | |
| RIO GRANDE VALLEY, | § | |
|     *Defendant.* | § | |

---

## Defendant's Notice of Removal

---

Defendant The University of Texas Rio Grande Valley ("Defendant") now files this Notice of Removal and respectfully show the following:

### BACKGROUND

1.     On October 4, 2017, Plaintiff Patricia Pawelek filed suit against Defendant in Hidalgo County for alleged violations of the Family Medical Leave Act ("FMLA") (29 U.S.C. § 2601 *et seq.*) and the Texas Commission on Human Rights Act (TEX. LAB. CODE § 21.001 *et seq.*).

2.     The case was subsequently assigned to the County Court at Law No. 5, Hidalgo County, Texas, as Cause Number CL-17-4062-E. Defendant filed its Original Answer and Defenses in the state court proceedings on November 3, 2017. Defendant now files this timely Notice of Removal.

1

**BASIS FOR REMOVAL**

3.      Removal is proper under 28 U.S.C. § 1441 because Plaintiff's suit involves federal questions arising under federal law. 28 U.S.C. §§ 1331, 1441(a). Specifically, Plaintiff has asserted claims  under the FMLA. In addition, the Court has supplemental jurisdiction over the state-law TCHRA claims alleged in Plaintiff's Original Petition because those claims are related to her federal FMLA claims. *See* 28 U.S.C. § 1367(a) (providing that "in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within the original jurisdiction that they form part of the same controversy under Article III of the United States Constitution.").

4.      Venue over this matter is proper in the United States District Court for the Southern District of Texas, McAllen Division, under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located within this District and Division.

5.      Copies of all process, pleadings, and orders served upon, or by, Defendant in the state court suit are being filed with this notice as required by 28 U.S.C. § 1446(a) and Local Rule 81.

6.      Plaintiff served Defendant on October 12, 2017. Defendant's removal  is timely because it is being filed prior to the removal statute's thirty-day deadline. *See*  28 U.S.C. § 1446(b).

7.      Defendant initiates this removal, and the undersigned counsel represents Defendant in this matter.

8.      Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

**JURY DEMAND**

9.      Plaintiff demanded a jury trial in her state-court suit.

2

## CONCLUSION

Defendant has satisfied all prerequisites to removal. Accordingly, Defendant respectfully asks this Court to remove this suit to the United States District Court for the Southern District of Texas, McAllen Division.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA V. COLMENERO
General Litigation Division, Division Chief

/s/ *Michael R. Abrams*
Michael R. Abrams
Texas Bar No. 24087072
Southern Dist. No. 2513900
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667

*Counsel for Defendant*

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served upon Plaintiff's counsel of record on November 6, 2017, via electronic mail and U.S. Certified Mail, return receipt requested, to Plaintiff's counsel of record listed below:

Cindy A. Garcia
THE LAW OFFICES OF
CINDY A. GARCIA, P.C.
200 N. 12th Ave., Ste 102
Edinburg TX 78541-3503
Tel: 956-412-7055
Fax: 956-412-7105
thegarcialawfirm@gmail.com
cluna.garcialaw@gmail.com

*CMRRR# 7015 1730 0000 0138 7478*

/s/  *Michael R. Abrams*
MICHAEL  R. ABRAMS
Assistant Attorney General

4